

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA 19-00264M-1 |
| ANDREWS ALFREDO GUTIERREZ, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _April 4,_ , _2019_ , at _1:15_ ☐a.m. / ☒p.m. before the Honorable _JOHN D. EARLY_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _4-1-19_

JOHN D. EARLY
U.S. Magistrate Judge